UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Case No. 05-MJ-00649-AK |
| ) | |
| ) | |
| CINDY SEEHAN ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLANT'S BRIEF

Appellant, by counsel, respectfully moves this Court for a ninety (90) day extension of time, within which to file her Brief in this case. In support of this Motion, counsel states the following:

1. Appellant's brief is due January 23, 2006, by this Court's order December 29, 2005.

2. Undersigned counsel represented Ms. Sheehan at her trial before Magistrate Judge Kay on November 16, 2005. Undersigned counsel also filed Ms. Sheehan's notice of Appeal and assisted numerous pro se appellants with the filing of their notices of appeal. Undersigned counsel was representing Ms. Sheehan pro bono. Undersigned counsel's practice is primarily trial work with limited appellate work. Ms. Sheehan has the opportunity to be represented on Appeal by Ms. Jennifer O'Connor, Esquire with Wilmer Hale. Ms. O'Connor is able to represent Ms. Sheehan, but is unable to meet the January 23, 2006 briefing schedule. Undersigned counsel would not be able to meet this schedule due to currently being in trial. Transcripts need to be ordered as well. The need for these materials and undersigned counsel's heavy trial caseload, consisting of numerous felony I cases, conflicts with the preparation of the brief in this case by the January 23, 2006 schedule.

3. Undersigned counsel also requests an extension for the pro se defendants who have filed notices of appeal from the November 16, 2005 trial.  Through assisting these pro se defendants with their notices of appeal, counsel has become aware that they will also have considerable difficulty in meeting the January 23, 2006 briefing deadline. These defendants require additional time in which to obtain guidance and assistance in preparing their briefs or to determine if they should join Ms. Sheehan's brief. .

4. This is the first briefing schedule in this case as the matter was just recently heard on November 16, 2005 and the judgment was entered on December 7, 2005.

5. Appellee does not oppose this motion.

**WHEREFORE,** appellant respectfully requests that this Motion be granted and this Court allow a ninety (90) day extension of time within which all defendants who have filed a notice of appeal from the November 16, 2005 trial, may file a Brief in this case.  Alternatively, appellant respectfully requests this motion be granted and that this Court allow a ninety (90) day extension of time, within which Ms. Sheehan may file her Brief in this case.

Respectfully submitted,

_____

Jon W. Norris
Attorney for Cindy Sheehan
641 Indiana Avenue NW
Washington, DC 20004
(202) 842-2695 (Ph.)
(202) 842-2627 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that the above Motion was delivered to Katherine Hartzenbusch at the Office of the United States Attorney, at 555 Fourth St. NW, Washington D.C. 20001 on this 18th day of January, 2006.

                                                 _____
                                                 Jon W. Norris

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | |
| v. ) | Case No. 05-MJ-00649-AK |
| ) | |
| ) | |
| Cindy Sheehan ) | |

## **ORDERED**

It is hereby **ORDERD** that Ms. Sheehan's motion is **GRANTED**. Appellants' brief in support of their appeals shall be filed and served on or before _____ 2006. (All appellants who have filed a notice of appeal shall file and serve their brief on or before _____ 2006)

ORDERED

_____
The Honorable Judge Hogan

Copies to:

Katherine Hartzenbusch
Office of the United States Attorney
555 4th St. N.W.
Washington, DC 20530

Jon W. Norris
641 Indiana Ave. NW
Washington, DC 20004